BEFORE THE THIRD DIVISION, APRIL 25, 1961

**No. 65506.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 59/28383 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that had the complete file been before the collector during his 90-day period for review, the collector would have allowed free entry of the merchandise, the claim of the plaintiff was sustained.

**No. 65507.**—National Silver Company *v.* United States, protests 285901–K, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.